IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02110-CMA-KLM

JAY STREET APARTMENTS, LLC, a Colorado company,

      Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut company,

      Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion for Protective Order** [Docket No. 17; Filed December 28, 2012] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#17-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: January 4, 2013