IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02110-CMA-KLM

JAY STREET APARTMENTS, LLC, a Colorado company,

    Plaintiff,

v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut company,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [Docket No. 21; Filed January 18, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. The Scheduling Order entered on October 31, 2012 [#15] is modified to extend the following deadlines:

- Affirmative Expert Disclosure Deadline     **March 29, 2013**
- Rebuttal Expert Disclosure Deadline     **April 19, 2013**
- Discovery Deadline     **May 31, 2013**
- Dispositive Motions Deadline     **June 14, 2013**

Dated: January 31, 2013